UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. HONORABLE JERMAINE ANDRE DAWKINS,<br><br>       Plaintiff,<br><br>  -against-<br><br>ASHLEY FURNITURE,<br><br>       Defendant. | 21-CV-9906 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 19, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Fed. R. Civ. P. 8.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  SO ORDERED.

Dated: April 19, 2022
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge